IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM COREY DAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-CV-414 |
| | ) | |
| RICHMOND COUNTY SCHOOLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on November 6, 2013, was served on the parties. The plaintiff filed a general objection on November 21, 2013. The Court has reviewed the Recommendation and, despite the lack of specificity of the objection, has made a *de novo* review. The Court agrees with the Magistrate Judge and adopts the Recommendation in full.

It is **ORDERED** that the Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED** in its entirety and Plaintiff's Complaint (Doc. 2) is **DISMISSED** with the exception of Plaintiff's § 1983 claim against Defendant Porter for discrimination based on sexual orientation.

This the 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE